UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>Scott W. Charmoli and<br>Lynne M. Charmoli,<br>Debtors. | Case No. 22-24358-gmh<br>Chapter 11 (Subchapter V) |
| Jackson Family Dentistry, LLC and<br>Scott W. Charmoli,<br>Plaintiffs,<br><br>v.<br><br>Major Dental Partners, LLC,<br>Pako Major, and<br>Jackson Family Dental, LLC,<br>Defendants. | Adv. No. 22-21__-gmh |

NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027, Scott W. Charmoli, by his counsel, Steinhilber Swanson LLP, files this Notice of Removal to remove to the United States Bankruptcy Court of the Eastern District of Wisconsin (the "Bankruptcy Court") a civil proceeding styled as *Jackson Family Dentistry, LLC et al. v. Major Dental Partners, LLC et al.* currently pending in Washington County Circuit Court as Case No. 2019CV624 (the "State Court Proceeding"). In support of removal, Mr. Charmoli states as follows:

**A. <u>Statement of Facts</u>**

1. For over twenty-eight years, Mr. Charmoli owned and operated Jackson Family Dentistry, LLC ("JF Dentistry"), a dental practice in Jackson, Wisconsin.

2. In 2019, JF Dentistry and Major Dental Partners, LLC ("MDP"), a Wisconsin limited liability company owned by Pako Major, entered into an asset purchase agreement (the

"APA") under which MDP purchased substantially all of JF Dentistry's assets to be used in Mr. Major's dental practice. The APA set forth a purchase price of $2.3 million, of which $1.25 million would be paid in cash at closing and $1.05 million would be paid through a promissory note (the "Promissory Note").

3. The Promissory Note was secured by a general business security agreement (the "Security Agreement"). Mr. Major also executed a guaranty (the "Guaranty Agreement") under which he guaranteed MDP's performance of all obligations under the APA, the Promissory Note, and the Security Agreement.

4. As part of the sale transaction, Mr. Charmoli also entered into an associate dentist employment agreement (the "Employment Agreement") with Jackson Family Dental, LLC ("JF Dental"), the entity through which Mr. Major operates his dental practice.

5. MDP and Mr. Major defaulted on the Promissory Note in October 2019. Accordingly, on October 25, 2019, Mr. Charmoli and JF Dentistry (collectively, the "Plaintiffs") commenced the State Court Proceeding against MDP and Mr. Major.

6. On May 18, 2020, the Plaintiffs filed an amended complaint which joined JF Dental as a defendant, but otherwise contained allegations that were substantially similar to those asserted in the original complaint. The amended complaint asserted the following claims for relief (the "Claims"):

- Default on the Promissory Note, seeking a money judgment against MDP and Pako Major in the amount of $995,109.47 plus an additional 15% pre-payment penalty, along with interest at the default rate provided for in the Promissory Note, and judgment of replevin entitling JF Dentistry to take possession of the collateral.

- Breach of the Employment Agreement, in violation of Wis. Stat. § 109.03, seeking a money judgment against JF Dentistry in an amount equal to 34% of all unbilled insurance collections, in addition to all unpaid wages to date, plus a

penalty equal to 50% of all earned but unpaid wages pursuant to Wis. Stat. § 109.11.

- Violation of Wis. Stat. § 995.50, seeking an injunction barring the use of Mr. Charmoli's name, image, and likeness as it relates to JF Dental's practice and compensatory damages based on the impermissible use of Mr. Charmoli's name, image, and likeness.

7. MDP and Pako Major answered the original complaint on December 12, 2019. On November 23, 2020, the Honorable James G. Pouros received and acknowledged as valid an untimely answer to the amended complaint.

8. On March 13, 2020, MDP and Mr. Major filed counterclaims against the Plaintiffs which alleged that the Plaintiffs had engaged in a pattern of criminal activity and that the representations and warranties in the APA were false and misleading. MDP and Mr. Major asserted the following counterclaims (the "Counterclaims"):

- Breach of contract (relating to the APA), seeking damages in an amount to be determined at trial.

- Breach of the implied covenant of good faith (relating to the APA), seeking damages in an amount to be determined at trial.

- Intentional misrepresentation (relating to the Promissory Note and Employment Agreement), seeking rescission of the Promissory Note and Employment Agreement.

- Fraud in the inducement (relating to the Promissory Note, Guaranty Agreement, and Employment Agreement), seeking rescission of the Promissory Note, Guaranty Agreement, and Employment Agreement.

- Theft by fraud, in violation if Wis. Stat. §§ 895.446, 943.20(1)(d), and 943.395, seeking actual damages, costs of investigation and litigation, and exemplary damages.

9. On March 25, 2020, the Plaintiffs filed their answer and affirmative defenses to the counterclaims and, on April 23, 2020, the Plaintiffs filed a formal jury demand. (However, as provided below, the Plaintiffs consent to entry of final orders or judgment by the Bankruptcy Court.)

10. The parties subsequently proceeded to engage in some discovery (and filed various motions relating to discovery) and litigated a motion for default judgment. However, on March 16, 2021, the parties filed a stipulation agreeing that the State Court Proceeding would be stayed until the criminal case against Mr. Charmoli had been adjudicated or otherwise resolved. On March 22, 2022, the Honorable James G. Pouros entered an order staying all proceedings.

11. Aside from a motion to permit one of MDP's and Mr. Major's attorneys to withdraw as counsel in the State Court Proceeding, there were no filings in the State Court Proceeding through October 3, 2022, when Mr. Charmoli and his wife (collectively, the "Debtors") filed a petition for relief under subchapter V of chapter 11 of the Bankruptcy Code, commencing Case No. 22-24358-gmh (the "Main Bankruptcy Case").

12. The Debtors listed the Claims as assets of the bankruptcy estate (ECF No. 1 at 66–67) and, based on the Counterclaims, listed Major Dental Partners, LLC and Mr. Major as contingent, unliquidated, and disputed creditors in their bankruptcy schedules (*id.* at 93 and 99).

## B. <u>Basis for Removal</u>

13. Upon removal, this Court has jurisdiction over the Claims and Counterclaims under 28 U.S.C. § 1334(b) as matters related to a case under the Bankruptcy Code, and the order of reference entered in the Eastern District of Wisconsin pursuant to 28 U.S.C. § 157(a).

14. The Claims and Counterclaims will "affect[] the amount of property available for distribution or the allocation of property among creditors." *In re Xonics*, 813 F.2d 127, 131 (7th Cir. 1987). If Mr. Charmoli and JF Dentistry (of which Mr. Charmoli is the sole member) prevail on their Claims and demonstrate that they are entitled to damages, then the Debtors will have additional assets to fund their plan of reorganization. If MDP and Mr. Major prevail on their Counterclaims and demonstrate that they are entitled to damages, then they may have a claim against the Debtors' bankruptcy estate.

15. This Notice of Removal is properly filed with the clerk for the United States Bankruptcy Court for the Eastern District of Wisconsin, which is the district within which the State Court Proceeding is pending. This Notice of Removal is also timely because it is filed within ninety days after the order for relief was entered in the Main Bankruptcy Case.

**C. Consent to Entry of Final Orders or Judgment**

16. Upon removal of the State Court Proceeding, the Plaintiffs consent to entry of final orders or judgments by the Bankruptcy Court.

**D. Copy of all Process and Pleadings**

17. Attached to this Notice of Removal are all "process and pleadings" filed and served in the State Court Proceeding. A table indicating the docket number, filing date and document title for each filing is appended to this Notice of Removal.

Dated: December 29, 2022.

STEINHILBER SWANSON LLP

By: s/Paul G. Swanson

Paul G. Swanson
Peter T. Nowak
107 Church Avenue
Oshkosh, WI 54901
Tel: (920) 235-6690; Fax: (920) 426-5530
pswanson@steinhilberswanson.com
pnowak@steinhilberswanson.com

***Counsel for the Debtors***

## STATE COURT PROCESS AND PLEADINGS

| Docket No. | Filing Date | Bates Stamp No. | Document Title |
|---|---|---|---|
| 1 | 10/25/2019 | 000001 | Electronic Filing Notice – Major Dental Partners, LLC |
| 2 | 10/25/2019 | 000002 | Electronic Filing Notice – Dr. Pako Major |
| 3 | 10/25/2019 | 000003 | Summons and Complaint |
| 4 | 10/31/2019 | 000084 | Affidavit of Service – Major Dental Partners, LLC |
| 5 | 10/31/2019 | 000086 | Affidavit of Service – Dr. Pako Major |
| 6 | 12/12/2019 | 000088 | Electronic Notice Status Change |
| 7 | 12/12/2019 | 000089 | Notice of Retainer – Kristen N. Nelson |
| 8 | 12/12/2019 | 000090 | Defendants' Answer and Affirmative Defenses |
| 9 | 03/02/2020 | 000100 | Notice of Hearing |
| 10 | 03/02/2020 | 000101 | Blank Scheduling Conference Data Sheet and Order |
| 11 | 03/13/2020 | 000104 | Defendants-Counterclaimants' Counterclaims against Plaintiffs |
| 12 | 03/25/2020 | 000116 | Plaintiffs' Response to Counterclaims |
| 13 | 04/10/2020 | 000122 | Defendants' Scheduling Conference Data Sheet |
| 14 | 04/13/2020 | 000124 | Plaintiffs' Scheduling Conference Data Sheet |
| 15 | 04/23/2020 | 000126 | Electronic Notice Status Change – Attorney Coffey |
| 16 | 04/22/2020 | 000127 | Notice of Retainer – Attorney Coffey |
| 17 | 04/23/2020 | 000128 | Letter re: Scheduling Order |
| 18 | 04/23/2020 | 000129 | Plaintiffs' Jury Demand |
| 19 | 04/23/2020 | 000130 | Proposed Scheduling Order |
| 20 | 04/28/2020 | 000132 | Notice of Appearance – Attorney Regan |

| | | | |
|---|---|---|---|
| 21 | 04/28/2020 | 000133 | Letter re: Scheduling Order/Jury Demand |
| 22 | 04/30/2020 | 000135 | Scheduling Order |
| 23 | 05/14/2020 | 000137 | Notice of Appearance – Attorney Hitt |
| 24 | 05/14/2020 | 000138 | Notice of Appearance – Attorney Sullivan |
| 25 | 05/18/2020 | 000139 | Electronic Filing Notice – Major Dental Partners, LLC |
| 26 | 05/18/2020 | 000140 | Electronic Filing Notice – Dr. Pako Major |
| 27 | 05/18/2020 | 000141 | Electronic Filing Notice – Jackson Family Dental, LLC |
| 28 | 05/18/2020 | 000142 | Amended Summons and Complaint |
| 29 | 05/18/2020 | 000155 | Exhibit A to Amended Summons and Complaint |
| 30 | 05/18/2020 | 000191 | Exhibit B to Amended Summons and Complaint |
| 31 | 05/18/2020 | 000199 | Exhibit C to Amended Summons and Complaint |
| 32 | 05/18/2020 | 000203 | Exhibit D to Amended Summons and Complaint |
| 33 | 05/18/2020 | 000211 | Exhibit E to Amended Summons and Complaint |
| 34 | 05/22/2020 | 000227 | Admission of Service for all Defendants |
| 35 | 07/09/2020 | 000228 | Notice of Motion and Motion for Default Judgment |
| 36 | 07/14/2020 | 000231 | Defendants' Motion for Enlargement of Time to File Responsive Pleadings and to Accept Contemporaneously filed Answer as Timely |
| 37 | 07/14/2020 | 000233 | Defendants' Brief in Support of Motion for Enlargement of Time to File Responsive Pleadings and in Opposition to Motion for Default Judgment |
| 38 | 07/14/2020 | 000241 | Affidavit of Denis J. Regan |
| 39 | 07/30/2020 | 000255 | Case Management Order |
| 40 | 08/05/2020 | 000256 | Notice of Appearance – Attorney Hayden |

| | | | |
|---|---|---|---|
| 41 | 08/13/2020 | 000257 | Plaintiffs' Reply Brief in Support of Motion for Default Judgment and in Opposition to Motion for Extension of Time |
| 42 | 08/13/2020 | 000265 | Affidavit of Attorney William McKinley |
| 43 | 08/13/2020 | 000291 | Affidavit of Attorney W. Patrick Sullivan |
| 44 | 08/24/2020 | 000302 | Defendants' Reply Brief in Support of their Motion for Enlargement of Time to File Responsive Pleadings and in Opposition to Motion for Default Judgment |
| 45 | 10/30/2020 | 000315 | Defendants' Expert Witness List |
| 46 | 10/30/2020 | 000318 | Plaintiffs' Disclosure of Expert Witnesses |
| 47 | 11/09/2020 | 000320 | Letter from Attorney Hayden re: Filing Motion for Protective Order |
| 48 | 11/09/2020 | 000322 | Defendants' Notice of Motion and Motion for Protective Order and to Quash Subpoena |
| 49 | 11/09/2020 | 000324 | Defendants' Brief in Support of Motion for Protective Order and to Quash Subpoena |
| 50 | 11/09/2020 | 000339 | Affidavit of Patrick J. Knight |
| 51 | 11/09/2020 | 000342 | Plaintiffs/Counter-Defendants' Notice of Motion and Motion to Compel Discovery and for Costs |
| 52 | 11/09/2020 | 000343 | Plaintiffs/Counter-Defendants' Brief in Support of Motion to Compel Discovery |
| 53 | 11/09/2020 | 000356 | Affidavit of W. Patrick Sullivan in Support of Motion to Compel |
| 54 | 11/09/2020 | 000358 | Exhibit 1 to Motion to Compel Discovery |
| 55 | 11/09/2020 | 000388 | Exhibit 2 to Motion to Compel Discovery |
| 56 | 11/09/2020 | 000434 | Exhibit 3 to Motion to Compel Discovery |
| 57 | 11/09/2020 | 000437 | Exhibit 4 to Motion to Compel Discovery |
| 58 | 11/09/2020 | 000441 | Exhibit 5 to Motion to Compel Discovery |
| 59 | 11/09/2020 | 000450 | Exhibit 6 to Motion to Compel Discovery |
| 60 | 11/09/2020 | 000484 | Exhibit 7 to Motion to Compel Discovery |
| 61 | 11/10/2020 | 000492 | Letter from Attorney Sullivan in Response to Attorney Hayden's 11/9/2020 Letter |

| | | | |
|---|---|---|---|
| 62 | 11/11/2020 | 000494 | Plaintiffs' Brief in Opposition to Defendants' Motion for Protective Order and to Quash Subpoena |
| 63 | 11/11/2020 | 000503 | Plaintiffs' Notice of Motion and Motion to Compel Discovery |
| 64 | 11/11/2020 | 000510 | Exhibit A to Motion to Compel |
| 65 | 11/11/2020 | 000522 | Exhibit B to Motion to Compel |
| 66 | 11/11/2020 | 000525 | Exhibit C to Motion to Compel |
| 67 | 11/16/2020 | 000551 | Letter from Attorney Regan re: Reply Brief Support Motion for Protective Order |
| 68 | 11/16/2020 | 000553 | Defendants' Reply Brief in Support of their Motions for Protective Order and to Quash Subpoena |
| 69 | 11/19/2020 | 000558 | Defendants' Response Brief in Opposition to Plaintiffs' Motion to Compel Discovery |
| 70 | 11/23/2020 | 000564 | Plaintiffs/Counter-Defendants' Reply Brief in Support of Motion to Compel Discovery |
| 71 | 11/23/2020 | 000570 | Decision and Order |
| 72 | 11/23/2020 | 000575 | Defendants' Response Brief in Opposition to Plaintiffs' Second Motion to Compel Discovery |
| 73 | 12/01/2020 | 000581 | Notice of Hearing – Scheduling Conference |
| 74 | 12/01/2020 | 000582 | Expert Report of William J. Crinzi, DDS |
| 75 | 12/01/2020 | 000588 | Expert Report of Allen E. Jacque, CFA, CFE and Terry L. Hoover, CPA ABV |
| 76 | 12/16/2020 | 000643 | Reply Brief in Support of Motion to Compel Discovery |
| 77 | 12/16/2020 | 000648 | Notice of Appearance – Attorney Knight |
| 78 | 12/16/2020 | 000649 | Letter from Attorney Sullivan re: Outstanding Issues |
| 79 | 12/17/2020 | 000651 | Letter from Attorney Knight in response to Attorney Sullivan's 12/16/2020 letter |
| 80 | 12/17/2020 | 000655 | Indictment |
| 81 | 12/21/2020 | 000665 | Letter from Attorney Sullivan in response to Attorney Knight's 12/17/2020 letter |
| 82 | 12/22/2020 | 000667 | Notice of Hearing – Scheduling Conference |
| 83 | 01/05/2021 | 000668 | Confidential Disclosure of Information to be Sealed or Redacted – Exhibit 6 Doc. 59 |

| | | | |
|---|---|---|---|
| 84 | 01/05/2021 | 000669 | Motion to Seal or Redact a Court Record – Exhibit 6 Doc 59 |
| 85 | 01/07/2021 | 000671 | Proposed Order on Motion to Seal |
| 86 | 01/08/2021 | 000673 | Signed Order on Motion to Seal |
| 87 | 01/25/2021 | 000675 | Plaintiffs' Brief in Support of Motion for Appointment of Referee |
| 88 | 01/25/2021 | 000681 | Notice of Motion and Motion for Appointment of Referee |
| 89 | 01/26/2021 | 000683 | Plaintiffs' Brief in Support of Motion for Appointment of Referee |
| 90 | 01/26/2021 | 000689 | Notice of Motion and Motion for Appointment of Referee |
| 91 | 02/01/2021 | 000691 | Plaintiffs' Disclosure of Rebuttal Expert Witness (Financial Claims) |
| 92 | 02/01/2021 | 000693 | Plaintiffs/Counter-Defendants' Designation of Expert Witnesses |
| 93 | 02/05/2021 | 000696 | Defendants' Brief in Response to Plaintiffs' Motion for Appointment of Referee |
| 94 | 02/05/2021 | 000705 | Exhibit A to Brief |
| 95 | 03/01/2021 | 000722 | Letter from Attorney Sullivan re: Expert Witness Report Delay |
| 96 | 03/02/2021 | 000723 | Notice of Appearance – Attorney Knight |
| 97 | 03/12/2021 | 000724 | Notice of Hearing – Oral Arguments |
| 98 | 03/16/2021 | 000725 | Stipulation to Stay Proceedings |
| 99 | 03/16/2021 | 000727 | Proposed Order |
| 100 | 03/22/2021 | 000729 | Notice of Hearing – Oral Arguments |
| 101 | 03/22/2021 | 000730 | Order Staying Proceedings |
| 102 | 06/13/2022 | 000732 | Notice of Assignment of Judge |
| 103 | 08/10/2022 | 000733 | Notice of Hearing – Telephone Scheduling Conference |
| 104 | 08/30/2022 | 000734 | Proposed Order Granting Motion for Withdrawal of Counsel |
| 105 | 08/30/2022 | 000736 | Motion for Withdrawal of Counsel |

| | | | |
|---|---|---|---|
| 106 | 09/06/2022 | 000738 | Order Granting Motion for Withdrawal of Counsel |
| 107 | 09/09/2022 | 000740 | Notice of Hearing – Telephone Scheduling Conference |
| 108 | 11/07/2022 | 000741 | Defendants' Notice of Motion and Motion for Summary Judgment |
| 109 | 11/07/2022 | 000743 | Defendants' Brief in Support of Motion for Summary Judgment |
| 110 | 11/07/2022 | 000765 | Exhibit A to Defendants' Motion for Summary Judgment |
| 111 | 11/07/2022 | 000775 | Exhibit B to Defendants' Motion for Summary Judgment |
| 112 | 11/07/2022 | 000781 | Exhibit C to Defendants' Motion for Summary Judgment |
| 113 | 11/07/2022 | 000795 | Exhibit D to Defendants' Motion for Summary Judgment |
| 114 | 11/07/2022 | 000801 | Exhibit E to Defendants' Motion for Summary Judgment |
| 115 | 11/07/2022 | 000805 | Exhibit F to Defendants' Motion for Summary Judgment |
| 116 | 11/09/2022 | 000808 | Electronic Notice Status Change |
| 117 | 11/09/2022 | 000809 | Notice of Appearance – Paul G. Swanson |
| 118 | 11/15/2022 | 000810 | Letter from Attorney Knight re: Stay of Proceedings |